# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DONNA SCHMITT, on behalf of herself and other similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a Foreign for Profit Corporation, )<br>)<br>Defendant. ) | No. 2:24-cv-2188-SHL-tmp |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion for Dismissal with Prejudice, filed December 1, 2025. (ECF No. 64.) In the Motion, the Parties indicate that, since the filing of the Order Granting Joint Motion for Approval of Fair Labor Standard Act Collective Action Settlement on July 14, 2025, the Parties have fulfilled all of the terms of settlement and the post-approval terms outlined in that Order. According to the Parties, as of December 1, 2025, all Opt-In Plaintiffs executed and returned the release forms, and have received and deposited their settlement checks.

Accordingly, the Motion is **GRANTED**, the matter is dismissed with prejudice, and judgment will be entered.

**IT IS SO ORDERED,** this 2nd day of December, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE