# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DONNA SCHMITT, on behalf of herself and other similarly situated, ) ) )  Plaintiffs, ) ) v. ) ) SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a Foreign for Profit Corporation, ) ) ) ) ) Defendant. ) | No. 2:24-cv-2188-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint and Demand for Jury Trial (ECF No. 1), filed March 22, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion for Dismissal with Prejudice (ECF No. 64), filed December 2, 2025, all claims by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 2, 2025
Date